| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kornmann, Charles B. | 2. Court or Organization<br><br>District of South Dakota | 3. Date of Report<br><br>12/21/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>102 4th Avenue SE, Suite 408<br>Aberdeen, SD 57401 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General partner | Ivey and Kornmann, a partnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1-1-97 | Articles of Partnership, Ivey & Kornmann |
| 2. | |
| 3. | |

2013 JAN -2 A 9: 55

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 12/21/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 12/21/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Michael and Barbara Evans | 5 day trip to vacatiion home of Evans in Scotsdale, AZ; lodging and tran sportation | $1,900.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Great Western Bank, Aberdeen, SD | loan | J |
| 2. Healthcare Plus Federal Credit Union, Aberdeen, S.D. | loan | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 12/21/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Common stock, Red Ribbon, Inc. | | None | J | W | | | | | |
| 2. Common stock, Aberdeen Tennis, Inc. | | None | J | W | | | | | |
| 3. farm land, Hamlin County, SD | E | Rent | O | W | | | | | |
| 4. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 5. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 6. SD Retirement System, monthly benefits | D | Distribution | L | W | | | | | |
| 7. Interest in Black Hills Eagle I partnership | A | Interest | J | U | | | | | |
| 8. Brandywine Fund shares | | None | L | T | | | | | |
| 9. Oakmark Select Shares | A | Dividend | L | T | | | | | |
| 10. Masters Select Equity Fund Shares | | None | L | T | | | | | |
| 11. Vanguard 500 Index Fund (Ivey & Kornmann) | B | Dividend | L | T | | | | | |
| 12. Vanguard GNMA Fund (Ivey & Kornmann) | B | Dividend | K | T | | | | | |
| 13. Vanguard REIT Fund (Ivey & Kornmann) | C | Dividend | K | T | | | | | |
| 14. Russell Invt. Co. Global Infrastructure FD Funds (fam. trust) | A | Dividend | J | T | | | | | |
| 15. Mexican condo (Ivey & Kornmann) | | None | M | W | | | | | |
| 16. Eaton Vance Tax Global Buy Write Fund ( Ivey & Kornmann) | A | Dividend | K | T | | | | | |
| 17. Cohen & Steers Div. Majors Fund, Inc. (Ivey and Kornmann) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 12/21/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ft. Spec Fin & Finl Oppty, Ivey & Kornmann | B | Dividend | K | T | | | | | |
| 19. Anderson Retirement LLC (Ivey & Kornmann) | | None | L | T | | | | | |
| 20. Healthcare Plus Federal Credit Union | C | Interest | K | T | | | | | |
| 21. Healthcare Plus Federal Credit Union, Ivey & Kornmann | A | Interest | J | T | | | | | |
| 22. Twin Homes, Aberdeen, SD | A | Rent | N | W | | | | | |
| 23. Wells Fargo Advantage Global (Ivey & Kornmann) | D | Dividend | K | T | | | | | |
| 24. Wells Fargo Managed Account (IRA) | D | Distribution | N | U | Redeemed (part) | 12-20 | J | | |
| 25. Wells Fargo Managed Account (IRA) S | C | Distribution | L | U | Redeemed (part) | 12-20 | J | | |
| 26. AIM Sector FDS | A | Dividend | J | T | | | | | |
| 27. AIM Sector FDS (S) | A | Dividend | J | T | | | | | |
| 28. Alliance Bernstein Intl. | A | Dividend | K | T | | | | | |
| 29. Alliance Bernstein Intl. (S) | A | Dividend | J | T | | | | | |
| 30. Columbia FDS Ser. TR | | None | K | T | | | | | |
| 31. Columbia FDS Ser.TR (S) | | None | J | T | | | | | |
| 32. Europacific Growth FD | A | Dividend | K | T | | | | | |
| 33. Europacific Growth FD (S) | A | Dividend | J | T | | | | | |
| 34. RS Invt. TR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 12/21/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RS Invt Tr (S) | A | Dividend | J | T | | | | | |
| 36. Gabelli Equity Ser FD | | None | J | T | | | | | |
| 37. Gabellli Equity Ser FD (S) | | None | J | T | | | | | |
| 38. Goldman Sachs Tr. Finl | A | Dividend | J | T | | | | | |
| 39. Goldman Sachs Tr. Finl (S) | | None | J | T | | | | | |
| 40. Growth Fund Amer. | A | Dividend | K | T | | | | | |
| 41. Growth Fund Amer. (S) | A | Dividend | J | T | | | | | |
| 42. Harbor Fund Cap | A | Dividend | K | T | | | | | |
| 43. Harbor Fund Cap (S) | A | Dividend | J | T | | | | | |
| 44. Hartford Mut FDS Inc. | | None | K | T | | | | | |
| 45. Hartford Mut. FDS Inc (S) | | None | J | T | | | | | |
| 46. Investment Co. Amer. | A | Dividend | K | T | | | | | |
| 47. Investment Co. Amer (S) | A | Dividend | J | T | | | | | |
| 48. American FDS Inc.New | A | Dividend | J | T | | | | | |
| 49. American FDS Inc. New (S) | A | Dividend | J | T | | | | | |
| 50. Advisors Innr. Cirl FD | | None | J | T | | | | | |
| 51. Advisors Innr. Cirl FD (S) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 12/21/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco FDS Pac Invt | A | Dividend | J | T | | | | | |
| 53. Pimco FDS Pac Invt (S) | A | Dividend | J | T | | | | | |
| 54. T Rowe Price Real Est. Fund Inc. | A | Dividend | J | T | | | | | |
| 55. T. Rowe Price Real Est. Fund Inc. (S) | A | Dividend | J | T | | | | | |
| 56. T Rowe Price MD-CP Val. | A | Dividend | J | T | | | | | |
| 57. T Rowe Price MD-CP Val. (S) | A | Dividend | J | T | | | | | |
| 58. Small Cap World Fund Inc. Class F-1 | A | Dividend | J | T | | | | | |
| 59. Small Cap World Fund Inc. Class F-1 (S) | A | Dividend | J | T | | | | | |
| 60. Wash; Mut. Investors Fund Class F-1 | A | Dividend | K | T | | | | | |
| 61. Russell Invt Co. Commodity Strategies | A | Dividend | J | T | | | | | |
| 62. Russell Invt.Co. Global CR Strategies FD | B | Dividend | K | T | | | | | |
| 63. Russell Emerging Mkts. Cl S | A | Dividend | K | T | | | | | |
| 64. Russell Invt.Co. Global Real Est. Secs | A | Dividend | K | T | | | | | |
| 65. Russell Glbl. Eqty | A | Dividend | K | T | | | | | |
| 66. Russell US Core Equity | A | Dividend | L | T | | | | | |
| 67. Russell US Sml Mid Cap Fund | A | Dividend | K | T | | | | | |
| 68. Russell Intl. Devel PD Mkts FD Class S | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 12/21/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    Russell US Quant Eqty Class S | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

V. GIFTS

Line 1, Michael and Barbara Evans, long time friends from Aberdeen, SD, invited friends from Aberdeen, S.D. to stay with them for 5 days in a home they own in Arizona. We flew in a private plane owned by the Evans with three other couples. The Evans supplied most of the meals and beverages.

VII. INVESTMENTS AND TRUSTS (Contd.)

Line 1, Red Ribbon, Inc. owns an unimproved parcel of land in Indiana. It is a Subchapter S corporation and the income and losses are passed through to the stockholders. There have been no distributions and the land continues to produce no income.

Line 3, this land is leased on a cash rent basis.

Lines 4 and 6, this partnership owns 2 apartment houses, one in Brown County, S.D., and one in Spink County, S.D.. Liquid investments of the partnership and income therefrom are reported in Part VII. All interests in the partnership are owned by immediate family members.

Line 7, this partnership receives income (all distributed to partners) as a result of a tax incremental financing note from the City of Lead, South Dakota.

Line 14, these mutual funds are owned by a revocable trust, the trustees being the reporting party and spouse. This is true also of the assets reported on Lines 61 through 69, inclusive. I had previously reported (prior to filing an amended report for 2010) all of these mutual funds under the designation of Russell Funds without listing the individual funds. The individual funds are now listed.

Line 19, this is a limited partnership interest, a rather small interest as a limited partner; the partnership is operating an assisted care living facility in Anderson, Indiana.

Line 20, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by the reporting party.

Line 21, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by Ivey and Kornmann.

Line 22, this asset was constructed from scratch by reporting party in 2009 and 2010 and is a real estate investment in Aberdeen, S.D.

Line 24, because of age of reporting party, a partial IRA withdrawal was required by federal law. The distribution came from First Clearing, LLC, acting on behalf of Wells Fargo

Line 25, because of age of spouse, one partial IRA withdrawal was required by federal law. The distribution came from First Clearing, LLC., acting on behalf of Wells Fargo.

Lines 26 through 60, inclusive are IRA investments of reporting party and spouse, all managed by Wells Fargo as listed in Line 37. Wells Fargo has been directed to purchase nothing but mutual funds to avoid any possible conflicts of interest. They have at all times followed that directive. In previous reports (before an amended report was filed for 2010), I simply reported the managed account by Wells Fargo without listing the individual mutual funds, all of which are now listed. Assets owned by the reporting party are shown without the "S", the "S" designations showing those assets owned by the spouse.

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 12/21/2012 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544